

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00262-CR

**NEIL A. WILLIAMS,**

 **Appellant**

 **v.**

**THE STATE OF TEXAS,**

 **Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. FAM-13-21710

## MEMORANDUM  OPINION

Appellant Neil A. Williams has filed a voluntary motion to dismiss this appeal.

*See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in this appeal, and Williams

personally signed the motion.  The motion is granted, and the appeal is dismissed.

 REX D. DAVIS
 Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 26, 2013
Do not publish
[CR25]